UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATOYA S. TRAMMELL,<br><br>Defendant. | No.  2:25-po-0235 CKD<br><br>AMENDED REFUND ORDER |

On September 9, 2025, the government moved to dismiss citation CA18/E2146128 without prejudice and the motion was granted by the court.  For reasons unknown by the court, on September 10, 2025, the defendant paid $280.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

IT IS SO ORDERED.

Dated:  October 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28